## No. 1754

### Second Circuit

## GRAYSON NEWTON & COMPANY v. BLOUNT AND WELCH

(June 30, 1926, Opinion and Decree)

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Appeal—Par. 266.**

Appellate courts will not consider appeals where no order of appeal was entered by the court of original jurisdiction.

Appeal from the Second Judicial District Court of Louisiana, Parish of Webster, Hon. J. E. Reynolds, Judge.

Action by Grayson Newton & Company against A. E. Blount and Lawrence Welch.

Appeal dismissed on motion.

Stewart and Stewart, of Minden, attorneys for plaintiffs, appellees.

Thomas W. Robertson, of Shreveport, attorney for defendants, appellants.

### ON MOTION TO DISMISS APPEAL

ODOM, J. Counsel for plaintiffs, appellees, have filed in this court a motion to dismiss the appeal on the ground that no order of appeal was granted by the district court.

Appellate courts will not consider appeals where no order of appeal was entered by the court of original jurisdiction.

See Article 574 of the Code of Practice and authorities there cited.

See also, numerous authorities cited in Louisiana Digest, volume 1, "Appeal", section 266.

See also Walker vs. Parish of Tangipahoa, 111 La. 321, 35 South. 585.

The appeal is dismissed.